**Dismissed and Opinion Filed June 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00452-CR

### Ex Parte THEODORE ROOSEVELT ARTHUR

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-1258513-J**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Bridges

In this accelerated appeal, appellant challenges the trial court's order denying his motion for a personal recognizance bond or to reduce his appeal bond to $5000. By judgment dated June 15, 2015, this Court affirmed appellant's underlying conviction. *See Arthur v. State*, No. 05-14-00439-CR, (Tex. App.—Dallas June 15, 2015, no pet. h.) (mem. op., not designated for publication). Therefore, the issues raised in this accelerated appeal are moot. *See Freeman v. State*, 828 S.W.2d 179, 181-82 (Tex. App.—Houston [14th Dist.] 1992, pet. ref'd) (cause becomes moot when appellate court's judgment cannot have any practical legal effect upon controversy).

We dismiss this accelerated appeal as moot.

Do Not Publish
TEX. R. APP. P. 47.2(b)

150452F.U05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

THEODORE ROOSEVELT ARTHUR,
Appellant

No. 05-15-00452-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F-1258513-J.
Opinion delivered by Justice Bridges.
Justices Lang and Schenck participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED** as moot.

Judgment entered June 15, 2015.